IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | ) ) ) | Civil Action No. 2:13-cv-483 |
| Plaintiff, | ) ) | Judge Terrance F. McVerry |
| v. | ) ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| SANDRA ALLEN, | ) ) | ECF No. 11 |
| Defendant. | ) ) ) | |

## MEMORANDUM ORDER

The Complaint in the above captioned case was filed in the Court of Common Pleas of Washington County, Pennsylvania on or about March 11, 2013. Subsequently, this action was removed to this Court by Defendant on April 2, 2013, and was referred to Chief United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D. On June 5, 2013, Plaintiff filed a Motion to Remand (ECF No. 11).

The Magistrate Judge's Amended Report and Recommendation (ECF No. 17), filed on August 20, 2013, recommended that the Motion for Remand filed by Plaintiff, Federal National Mortgage Association (ECF No. 11), be granted and the case be remanded to the Court of Common Pleas of Washington County, Pennsylvania forthwith. The Amended Report and Recommendation further recommended that Plaintiff's request for an award of costs be denied. Service was made on all counsel of record and on Defendant Sandra Allen at her address of record, 122 Church Street, Washington, PA 15301. The parties were informed that in accordance with the

Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. No objections have been filed to the Amended Report and Recommendation.

After a *de novo* review of the pleadings and documents in the case, together with the Amended Report and Recommendation, objections thereto, and response to objections, the following Order is entered:

**AND NOW**, this 13th day of September, 2013,

**IT IS HEREBY ORDERED** that the Motion for Remand filed by Plaintiff, Federal National Mortgage Association (ECF No. 11), is **GRANTED.** The Clerk of Court is Ordered to remand this case to the Court of Common Pleas of Washington County, Pennsylvania forthwith.

**IT IS FURTHER ORDERED** that Plaintiff's request for an award of costs is **DENIED.**

**IT IS FURTHER ORDERED** that the Amended Report and Recommendation (ECF No. 17) of Chief Magistrate Judge Lenihan, dated August 20, 2013, is adopted as the opinion of the Court.

BY THE COURT:

s/TERRANCE F. McVERRY
United States District Judge

cc:    All Counsel of Record
      *Via Electronic Mail*

      Sandra Allen
      122 Church Street
      Washington, PA  15301
      *Via U.S. First Class Mail*